IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

08-CV-01741

Civil Action No. _____
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -6 2008

GREGORY C. LANGHAM
CLERK

ARCHIE J. POOLE  # 90046 , Plaintiff,

v.

Judge M. Jon Kolomitz,
Bent County District Court,

_____ , Defendant(s).

---

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   1983 Civil Action

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest, dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

NONE

5. Are you in imminent danger of serious physical injury?

___ Yes ✓ No (CHECK ONE). If you answered yes, briefly explain your answer:

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   8-1-08
                 (Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                                    2

# COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 02/01/2008 - 07/28/2008
Printed: 07/28/2008

Name: POOLE, ARCHIE J
Number: 90046
Location: CROWLEY - CRLY/UNIT4

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/08 00:00 | Beginning Balance | | -0.49 | 0.00 | | | 0.00 | 0.00 | |
| 02/01/08 17:08 | 1 CUSTODIAN I | 13.80 | 13.31 | 13.31 | MANDATORY | 2.75 | 2.75 | 10.56 | BM |
| 02/25/08 15:19 | POSTAGE-DEBIT | -5.21 | 8.10 | 8.10 | | | 2.75 | 5.35 | BV |
| 02/27/08 09:04 | Canteen #5712925 Hold | | | 8.10 | CANTEEN | 3.00 | 5.75 | 2.35 | |
| 02/28/08 06:59 | Canteen Order #5712925 | -3.00 | 5.10 | 5.10 | | | 2.75 | 2.35 | BV |
| 02/29/08 00:48 | CHILD SUPPORT-01190570901 | -0.55 | 4.55 | 4.55 | | | 2.20 | 2.35 | BV |
| 02/29/08 00:55 | CHILD SUPPORT-06943039 | -0.41 | 4.14 | 4.14 | | | 1.79 | 2.35 | BV |
| 02/29/08 01:05 | CHILD SUPPORT-08564346 | -0.41 | 3.73 | 3.73 | | | 1.38 | 2.35 | BV |
| 02/29/08 02:38 | RESTITUTION-95CR4635 | -1.38 | 2.35 | 2.35 | | | 0.00 | 2.35 | BV |
| 03/04/08 10:18 | 1 CUSTODIAN I | 0.60 | 2.95 | 2.95 | | | 0.00 | 2.95 | BV |
| 03/04/08 18:08 | 1 A & O | 2.53 | 5.48 | 5.48 | | | 0.00 | 5.48 | BV |
| 03/08/08 23:26 | JPAY CREDIT | 40.00 | 45.48 | 45.48 | MANDATORY | 8.00 | 8.00 | 37.48 | BV |
| 03/10/08 14:18 | XEROX-DEBIT | -1.70 | 43.78 | 43.78 | | | 8.00 | 35.78 | BV |
| 03/12/08 09:46 | Canteen #5743108 Hold | | | 43.78 | CANTEEN | 6.77 | 14.77 | 29.01 | |
| 03/13/08 09:15 | MONEY ORDER-DEBIT | -20.70 | 23.08 | 23.08 | | | 14.77 | 8.31 | BV |
| 03/14/08 09:24 | Canteen Order #5743108 | -6.77 | 16.31 | 16.31 | | | 8.00 | 8.31 | BV |
| 03/19/08 09:17 | Canteen #5760572 Hold | | | 16.31 | CANTEEN | 8.25 | 16.25 | 0.06 | |
| 03/20/08 07:38 | Canteen Order #5760572 | -8.25 | 8.06 | 8.06 | | | 8.00 | 0.06 | BV |
| 03/31/08 09:09 | CHILD SUPPORT-01190570901 | -1.60 | 6.46 | 6.46 | | | 6.40 | 0.06 | BV |
| 03/31/08 09:17 | CHILD SUPPORT-06943039 | -1.20 | 5.26 | 5.26 | | | 5.20 | 0.06 | BV |
| 03/31/08 09:35 | CHILD SUPPORT-08564346 | -1.20 | 4.06 | 4.06 | | | 4.00 | 0.06 | BV |
| 03/31/08 12:23 | RESTITUTION-95CR4635 | -4.00 | 0.06 | 0.06 | | | 0.00 | 0.06 | BV |
| 04/01/08 21:59 | 1 A & O | 2.07 | 2.13 | 2.13 | MANDATORY | 0.41 | 0.41 | 1.72 | BV |
| 04/03/08 06:50 | 1 KITCH.UTIL.II | 6.60 | 8.73 | 8.73 | MANDATORY | 1.32 | 1.73 | 7.00 | BV |
| 04/09/08 10:15 | Canteen #5801217 Hold | | | 8.73 | CANTEEN | 6.89 | 8.62 | 0.11 | |
| 04/10/08 14:29 | HYGIENE ITEMS DEBIT | -0.54 | 8.19 | 8.19 | | | 8.62 | 0.00 | CL |
| 04/11/08 10:09 | Canteen Order #5801217 | -6.89 | 1.30 | 1.30 | | | 1.73 | 0.00 | CL |
| 04/30/08 00:48 | CHILD SUPPORT-01190570901 | -0.34 | 0.96 | 0.96 | | | 1.39 | 0.00 | CL |
| 04/30/08 00:55 | CHILD SUPPORT-06943039 | -0.26 | 0.70 | 0.70 | | | 1.13 | 0.00 | CL |
| 04/30/08 01:05 | CHILD SUPPORT-08564346 | -0.26 | 0.44 | 0.44 | | | 0.87 | 0.00 | CL |
| 04/30/08 02:44 | RESTITUTION-95CR4635 | -0.87 | -0.43 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/01/08 12:45 | PAYROLL-CREDIT | 0.23 | -0.20 | 0.12 | | | 0.00 | 0.12 | CL |
| 05/02/08 17:40 | 1 KITCH.UTIL.II | 1.20 | 1.00 | 1.00 | | | 0.00 | 1.00 | CL |
| 05/06/08 13:34 | 1 F/S PM FRI/SAT | 11.40 | 12.40 | 12.40 | MANDATORY | 2.28 | 2.28 | 10.12 | CL |
| 05/30/08 00:51 | CHILD SUPPORT-01190570901 | -0.46 | 11.94 | 11.94 | | | 1.82 | 10.12 | CL |
| 05/30/08 00:58 | CHILD SUPPORT-06943039 | -0.34 | 11.60 | 11.60 | | | 1.48 | 10.12 | CL |
| 05/30/08 01:10 | CHILD SUPPORT-08564346 | -0.34 | 11.26 | 11.26 | | | 1.14 | 10.12 | CL |
| 05/30/08 02:50 | RESTITUTION-95CR4635 | -1.14 | 10.12 | 10.12 | | | 0.00 | 10.12 | CL |
| 06/02/08 23:40 | JPAY CREDIT | 50.00 | 60.12 | 60.12 | MANDATORY | 10.00 | 10.00 | 50.12 | CL |
| 06/04/08 10:46 | Canteen #5920167 Hold | | | 60.12 | CANTEEN | 49.49 | 59.49 | 0.63 | |
| 06/06/08 06:32 | Canteen Order #5920167 | -49.49 | 10.63 | 10.63 | | | 10.00 | 0.63 | CL |
| 06/06/08 17:32 | 1 F/S PM FRI/SAT | 3.00 | 13.63 | 13.63 | MANDATORY | 0.60 | 10.60 | 3.03 | CL |
| 06/06/08 18:48 | 1 LL UNASSIGNED | 3.91 | 17.54 | 17.54 | MANDATORY | 0.79 | 11.39 | 6.15 | CL |
| 06/11/08 11:58 | Canteen #5939164 Hold | | | 17.54 | CANTEEN | 6.05 | 17.44 | 0.10 | |
| 06/13/08 08:53 | Canteen Order #5939164 | -6.05 | 11.49 | 11.49 | | | 11.39 | 0.10 | CL |
| 06/30/08 00:52 | CHILD SUPPORT-01190570901 | -2.28 | 9.21 | 9.21 | | | 9.11 | 0.10 | CL |
| 06/30/08 01:00 | CHILD SUPPORT-06943039 | -1.71 | 7.50 | 7.50 | | | 7.40 | 0.10 | CL |
| 06/30/08 01:12 | CHILD SUPPORT-08564346 | -1.71 | 5.79 | 5.79 | | | 5.69 | 0.10 | CL |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

# COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**

Period: 02/01/2008 - 07/28/2008
Printed: 07/28/2008

**Name:** POOLE, ARCHIE J
**Number:** 90046
**Location:** CROWLEY - CRLY/UNIT4

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/08 03:00 | RESTITUTION-95CR4635 | -5.69 | 0.10 | 0.10 | | | 0.00 | 0.10 | CL |
| 07/03/08 08:25 | Canteen Credit #5984107 | 4.05 | 4.15 | 4.15 | | | 0.00 | 4.15 | CL |
| 07/07/08 18:54 | 1 CUSTODIAN | 12.60 | 16.75 | 16.75 | MANDATORY | 2.52 | 2.52 | 14.23 | CL |
| 07/16/08 12:01 | Canteen #6014926 Hold | | | 16.75 | CANTEEN | 13.80 | 16.32 | 0.43 | |
| 07/16/08 14:44 | POSTAGE-DEBIT | -0.42 | 16.33 | 16.33 | | | 16.32 | 0.01 | CL |
| 07/18/08 06:58 | Canteen Order #6014926 | -13.80 | 2.53 | 2.53 | | | 2.52 | 0.01 | CL |
| 07/28/08 23:58 | Ending Balance | | 2.53 | 2.53 | | | 2.52 | 0.01 | |

**Total Deposits:** 151.99
**Total Withdrawals:** 148.97

**Account Information as of 07/28/2008 8:11PM**

| | | | | |
|---|---|---|---|---|
| **Status:** ACTIVE | **Current Balance:** | 2.53 | **Total Money In Hold:** | $0.00 |
| | **Total Reserved/Encumbered:** | $2.52 | **Available Balance** | $0.01 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**