IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**'08 – CV – 01741**

Civil Action No. _____
(To be supplied by the court)

ARCHIE J POOLE    #90046 _____, Plaintiff,

v.

Judge M. Jon Kolomitz
Bent County District Court _____,

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2008

GREGORY C. LANGHAM
CLERK

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -6 2008

GREGORY C. LANGHAM
CLERK

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. Archie J Poole #90046   6564 State Hwy 96   Olney Springs Co 81062
   (Plaintiff's name, prisoner identification number, and complete mailing address)

2. M. Jon Kolomitz, Judge, Bent County District Court 725 Bent Ave Las Animas CO 81054
   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   Judge - District Court Judge, Colo. Const. Ar. VI § 11

3. _____
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

4. _____
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                          2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

At June 5, 2006 Advisement Before Judge M. Jon Kolomitz in Bent County District Court, I the petitioner was issued a "Mandatory Protection Order pursuant to #18-1-1001, CRS" in which petitioner's race was listed as "N". The DA explained that this "N" indicated "Negro". At my, the petitioner's August, 2006 sentencing before Judge Kolomitz, the court explained that the "Judge" meant nothing by his use of the letter "N" but that the court would change the letter to a "B" for "Black", if petitioner so desired. I the petitioner am a African-American man.

I the petitioner has copies of the "Mandatory Protection Order" (See Attachment)

(Rev. 1/30/07)                           3

| ☐ Municipal Court  ☐ County Court  ☒ District Court | |
|---|---|
| _Bent_ County, Colorado | |
| Court Address: | |
| THE STATE OF COLORADO | |
| v. | |
| Defendant: ARCHIE POOLE | ▲ COURT USE ONLY ▲ |
| Address: _____ | Case Number: 2006 CR 28 |
| The address of the protected party may be omitted from the written order of the Court, including the Register of Actions. | Division: _____ Courtroom: _____ |

### MANDATORY PROTECTION ORDER PURSUANT TO § 18-1-1001, C.R.S.

TO: __ARCHIE POOLE_____, Defendant  Sex: ☒ M  ☐ F
Race: _W_  DOB: _8-22-76_  Ht: _6'_  Wt: _250_  Hair color: _BLK_  Eye color: _BLU_

**The Court finds** it is appropriate to issue this Protection Order pursuant to § 18-1-1001, C.R.S., that it has jurisdiction over the parties and the subject matter; that the Defendant was personally served and given reasonable notice and opportunity to be heard; that the Defendant constitutes a credible threat to the life and health of the protected person(s); and sufficient cause exists for the issuance of a Protection Order. Unless the box immediately below is checked, the Court finds that the Defendant is/was an intimate partner, as that term is used under 18 U.S.C. §922 (d)(8) and (g)(8) of the Brady Handgun Violence Prevention Act.

☐ The Court finds that the Defendant is/was not an intimate partner and is not governed by the Brady Handgun Violence Prevention Act.

**Therefore, it is ordered that you, the Defendant:**
☒ 1. Shall not harass, injure, molest, intimidate, threaten, retaliate against, or tamper with any witness to or victim of the acts you are charged with committing.
☐ 2. Shall vacate the home of the victim(s) and stay away from any other location the victim(s) or witness(es) is/are likely to be found.
☐ 3. Shall refrain from contacting or directly or indirectly communicating with the victim(s) or witness(es).
☐ 4. Shall not possess or control a firearm or other weapon.
☐ 5. Shall not possess or consume alcoholic beverages or controlled substances.
☐ 6. **Is further ordered that:** _____

The names, dates of birth, sex, and race of the protected persons and any victims or witnesses are:
_____

This Order remains in effect until final disposition or further order of Court.*

Date: _6/5/06_       _____
                     ☒ Judge  ☐ Magistrate

By signing, I acknowledge receipt of this Order.
Date: _____    _Archie Poole_____ X
                     Defendant

I certify that this is a true and complete copy of the original Order.
Date: _____    _____
                     Clerk

**PLEASE NOTE: IMPORTANT NOTICES FOR RESTRAINED PARTIES AND LAW ENFORCEMENT OFFICIALS ON REVERSE.**
*"Until final disposition of the action" means until the case is dismissed, until the Defendant is acquitted, or until the Defendant completes his/her sentence. Any Defendant sentenced to probation or incarceration shall be deemed to have completed his/her sentence upon discharge from probation or incarceration, as the case may be. (§ 18-1-1001(8)(b), C.R.S.)

JDF 440  R2/05  MANDATORY PROTECTION ORDER PURSUANT TO § 18-1-1001, C.R.S. (Page 1 of 2)                    2-05
                (1) Court Copy          (2) Defendant          (3) Distribute as Applicable

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Violation of 58th Amendment of Constitution of the United States

   Supporting Facts:

   The judge acted with a prejudiced "bent of mind."

   On 06-05-06 at Bent County Combined Court House, the Judge "M. Jon Kolomitz" wrote the letter "N" for my race knowing that the letter "N" stands for a racial indication and leaving a aura of prejudice.

   In the month of August at my sentencing I made it clear on record and asked the judge why he wrote the letter "N" for my race and what it stood for. The judge said he was sorry and he meant nothing by it, but was willing to change it to a letter "B" if I so desired. I then stated it doesn't matter if you change it now or later because the aura of prejudice still remains as well as the intimidation of Bent County.

   On May 9, 2007 the judge M. Jon Kolomitz recuses himself from further consideration of my case. The judge should have recused himself before my sentencing because of the judge's "bent of mind" set.

2. Claim Two: <u>Violation of Fourteenth Amendment of constitution of the United States</u>
   Supporting Facts:

THE JUDGE ACTED WITH A PREJUDICED "BENT of MIND"

ON 06-05-06 AT BENT COUNTY COMBINED COURT HOUSE, THE JUDGE "M. Jon Kolomitz" WROTE THE LETTER "N" FOR MY RACE KNOWING THAT THE LETTER "N" STANDS FOR A RACICAL INDICATION AND LEAVING A AURA OF PREJUDICE.

IN THE MONTH OF AUGUST AT MY SENTENCING I MADE IT CLEAR ON RECORD AND ASKED THE JUDGE WHY HE WROTE THE LETTER "N" FOR MY RACE AND WHAT IT STOOD FOR. THE JUDGE SAID HE WAS SORRY AND HE MEANT NOTHING BY IT, BUT WAS WELLING TO CHANGE IT TO A "B" IF I SO DISIRED. I THEN STATED, IT DOESN'T MATTER IF YOU CHANGE IT NOW OR LATER BECAUSE THE AURA OF PREJUDICE IS STILL REMAINS AS WELL AS THE INTIMIDATION OF BENT COUNTY.

ON MAY 9, 2007 THE JUDGE M. JON KOLOMITZ RECUSES HIMSELF FROM FURTHER CONSIDERATION OF MY CASE. THE JUDGE SHOULD HAVE RECUSES HIMSELF BEFORE MY SENTENCING BECAUSE OF THE JUDGE'S "BENT OF MIND" SET.

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

(A) The plaintiff is seeking actual punitive and compensatory damages not to exceed $1,000,000.00 (US).

(B) Petitioner will seek any other relief determined by the court.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   8-1-08
                (Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                              8

I HEREBY CERTIFY THAT A COPY OF THE foregoing DOCUMENT WAS MAILED TO Judge M. Jon Kolomitz AT BENT COUNTY Combined COURT, BENT COUNTY COURTHOUSE, 725 BENT AVENUE, LAS ANIMAS COLORADO 81054 on AUG ___ 2008

*Willie Pute* #90046

**NOTARY PUBLIC
STATE OF COLORADO
LINDA L. LYONS**
My Appointment Expires: 7-08-2012

July 8, 2012

*Linda L. Lyons*

August 1, 2008

Crowley County
State of Colorado