Certificate of Mailing
Civil Action No 08-CV-01741

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 -19th St, Room A-105
Denver Co 80294 · 3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2008

GREGORY C. LANGHAM
              CLERK

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado
**Statement of Account Activity**
Period: 02/01/2008 - 08/24/2008
Printed: 08/24/2008

Name: POOLE, ARCHIE J
Number: 90046
Location: CROWLEY - CRLY/UNIT4

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/08 00:00 | Beginning Balance | | -0.49 | 0.00 | | | 0.00 | 0.00 | |
| 02/01/08 17:08 | 1 CUSTODIAN I | 13.80 | 13.31 | 13.31 | MANDATORY | 2.75 | 2.75 | 10.56 | BM |
| 02/25/08 15:19 | POSTAGE-DEBIT | -5.21 | 8.10 | 8.10 | | | 2.75 | 5.35 | BV |
| 02/27/08 09:04 | Canteen #5712925 Hold | | | 8.10 | CANTEEN | 3.00 | 5.75 | 2.35 | |
| 02/28/08 06:59 | Canteen Order #5712925 | -3.00 | 5.10 | 5.10 | | | 2.75 | 2.35 | BV |
| 02/29/08 00:48 | CHILD SUPPORT-01190570901 | -0.55 | 4.55 | 4.55 | | | 2.20 | 2.35 | BV |
| 02/29/08 00:55 | CHILD SUPPORT-06943039 | -0.41 | 4.14 | 4.14 | | | 1.79 | 2.35 | BV |
| 02/29/08 01:05 | CHILD SUPPORT-08564346 | -0.41 | 3.73 | 3.73 | | | 1.38 | 2.35 | BV |
| 02/29/08 02:38 | RESTITUTION-95CR4635 | -1.38 | 2.35 | 2.35 | | | 0.00 | 2.35 | BV |
| 03/04/08 10:18 | 1 CUSTODIAN I | 0.60 | 2.95 | 2.95 | | | 0.00 | 2.95 | BV |
| 03/04/08 18:08 | 1 A & O | 2.53 | 5.48 | 5.48 | | | 0.00 | 5.48 | BV |
| 03/08/08 23:26 | JPAY CREDIT | 40.00 | 45.48 | 45.48 | MANDATORY | 8.00 | 8.00 | 37.48 | BV |
| 03/10/08 14:18 | XEROX-DEBIT | -1.70 | 43.78 | 43.78 | | | 8.00 | 35.78 | BV |
| 03/12/08 09:46 | Canteen #5743108 Hold | | | 43.78 | CANTEEN | 6.77 | 14.77 | 29.01 | |
| 03/13/08 09:15 | MONEY ORDER-DEBIT | -20.70 | 23.08 | 23.08 | | | 14.77 | 8.31 | BV |
| 03/14/08 09:24 | Canteen Order #5743108 | -6.77 | 16.31 | 16.31 | | | 8.00 | 8.31 | BV |
| 03/19/08 09:17 | Canteen #5760572 Hold | | | 16.31 | CANTEEN | 8.25 | 16.25 | 0.06 | |
| 03/20/08 07:38 | Canteen Order #5760572 | -8.25 | 8.06 | 8.06 | | | 8.00 | 0.06 | BV |
| 03/31/08 09:09 | CHILD SUPPORT-01190570901 | -1.60 | 6.46 | 6.46 | | | 6.40 | 0.06 | BV |
| 03/31/08 09:17 | CHILD SUPPORT-06943039 | -1.20 | 5.26 | 5.26 | | | 5.20 | 0.06 | BV |
| 03/31/08 09:35 | CHILD SUPPORT-08564346 | -1.20 | 4.06 | 4.06 | | | 4.00 | 0.06 | BV |
| 03/31/08 12:23 | RESTITUTION-95CR4635 | -4.00 | 0.06 | 0.06 | | | 0.00 | 0.06 | BV |
| 04/01/08 21:59 | 1 A & O | 2.07 | 2.13 | 2.13 | MANDATORY | 0.41 | 0.41 | 1.72 | BV |
| 04/03/08 06:50 | 1 KITCH.UTIL.II | 6.60 | 8.73 | 8.73 | MANDATORY | 1.32 | 1.73 | 7.00 | BV |
| 04/09/08 10:15 | Canteen #5801217 Hold | | | 8.73 | CANTEEN | 6.89 | 8.62 | 0.11 | |
| 04/10/08 14:29 | HYGIENE ITEMS DEBIT | -0.54 | 8.19 | 8.19 | | | 8.62 | 0.00 | CL |
| 04/11/08 10:09 | Canteen Order #5801217 | -6.89 | 1.30 | 1.30 | | | 1.73 | 0.00 | CL |
| 04/30/08 00:48 | CHILD SUPPORT-01190570901 | -0.34 | 0.96 | 0.96 | | | 1.39 | 0.00 | CL |
| 04/30/08 00:55 | CHILD SUPPORT-06943039 | -0.26 | 0.70 | 0.70 | | | 1.13 | 0.00 | CL |
| 04/30/08 01:05 | CHILD SUPPORT-08564346 | -0.26 | 0.44 | 0.44 | | | 0.87 | 0.00 | CL |
| 04/30/08 02:44 | RESTITUTION-95CR4635 | -0.87 | -0.43 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/01/08 12:45 | PAYROLL-CREDIT | 0.23 | -0.20 | 0.12 | | | 0.00 | 0.12 | CL |
| 05/02/08 17:40 | 1 KITCH.UTIL.II | 1.20 | 1.00 | 1.00 | | | 0.00 | 1.00 | CL |
| 05/06/08 13:34 | 1 F/S PM FRI/SAT | 11.40 | 12.40 | 12.40 | MANDATORY | 2.28 | 2.28 | 10.12 | CL |
| 05/30/08 00:51 | CHILD SUPPORT-01190570901 | -0.46 | 11.94 | 11.94 | | | 1.82 | 10.12 | CL |
| 05/30/08 00:58 | CHILD SUPPORT-06943039 | -0.34 | 11.60 | 11.60 | | | 1.48 | 10.12 | CL |
| 05/30/08 01:10 | CHILD SUPPORT-08564346 | -0.34 | 11.26 | 11.26 | | | 1.14 | 10.12 | CL |
| 05/30/08 02:50 | RESTITUTION-95CR4635 | -1.14 | 10.12 | 10.12 | | | 0.00 | 10.12 | CL |
| 06/02/08 23:40 | JPAY CREDIT | 50.00 | 60.12 | 60.12 | MANDATORY | 10.00 | 10.00 | 50.12 | CL |
| 06/04/08 10:46 | Canteen #5920167 Hold | | | 60.12 | CANTEEN | 49.49 | 59.49 | 0.63 | |
| 06/06/08 06:32 | Canteen Order #5920167 | -49.49 | 10.63 | 10.63 | | | 10.00 | 0.63 | CL |
| 06/06/08 17:32 | 1 F/S PM FRI/SAT | 3.00 | 13.63 | 13.63 | MANDATORY | 0.60 | 10.60 | 3.03 | CL |
| 06/06/08 18:48 | 1 LL UNASSIGNED | 3.91 | 17.54 | 17.54 | MANDATORY | 0.79 | 11.39 | 6.15 | CL |
| 06/11/08 11:58 | Canteen #5939164 Hold | | | 17.54 | CANTEEN | 6.05 | 17.44 | 0.10 | |
| 06/13/08 08:53 | Canteen Order #5939164 | -6.05 | 11.49 | 11.49 | | | 11.39 | 0.10 | CL |
| 06/30/08 00:52 | CHILD SUPPORT-01190570901 | -2.28 | 9.21 | 9.21 | | | 9.11 | 0.10 | CL |
| 06/30/08 01:00 | CHILD SUPPORT-06943039 | -1.71 | 7.50 | 7.50 | | | 7.40 | 0.10 | CL |
| 06/30/08 01:12 | CHILD SUPPORT-08564346 | -1.71 | 5.79 | 5.79 | | | 5.69 | 0.10 | CL |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

## COLORADO DEPARTMENT OF CORRECTIONS
### Colorado Springs, Colorado
**\*\*Statement of Account Activity\*\***
Period: 02/01/2008 - 08/24/2008
Printed: 08/24/2008

**Name:** POOLE, ARCHIE J
**Number:** 90046
**Location:** CROWLEY - CRLY/UNIT4

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/08 03:00 | RESTITUTION-95CR4635 | -5.69 | 0.10 | 0.10 | | | 0.00 | 0.10 | CL |
| 07/03/08 08:25 | Canteen Credit #5984107 | 4.05 | 4.15 | 4.15 | | | 0.00 | 4.15 | CL |
| 07/07/08 18:54 | 1 CUSTODIAN | 12.60 | 16.75 | 16.75 | MANDATORY | 2.52 | 2.52 | 14.23 | CL |
| 07/16/08 12:01 | Canteen #6014926 Hold | | | 16.75 | CANTEEN | 13.80 | 16.32 | 0.43 | |
| 07/16/08 14:44 | POSTAGE-DEBIT | -0.42 | 16.33 | 16.33 | | | 16.32 | 0.01 | CL |
| 07/18/08 06:58 | Canteen Order #6014926 | -13.80 | 2.53 | 2.53 | | | 2.52 | 0.01 | CL |
| 07/31/08 01:04 | CHILD SUPPORT-01190570901 | -0.50 | 2.03 | 2.03 | | | 2.02 | 0.01 | CL |
| 07/31/08 01:13 | CHILD SUPPORT-06943039 | -0.38 | 1.65 | 1.65 | | | 1.64 | 0.01 | CL |
| 07/31/08 01:25 | CHILD SUPPORT-08564346 | -0.38 | 1.27 | 1.27 | | | 1.26 | 0.01 | CL |
| 07/31/08 03:11 | RESTITUTION-95CR4635 | -1.26 | 0.01 | 0.01 | | | 0.00 | 0.01 | CL |
| 08/06/08 14:14 | 1 CUSTODIAN | 9.00 | 9.01 | 9.01 | MANDATORY | 1.80 | 1.80 | 7.21 | CL |
| 08/06/08 14:29 | 1 SEG UNASSIGNED | 1.84 | 10.85 | 10.85 | MANDATORY | 0.37 | 2.17 | 8.68 | CL |
| 08/08/08 10:25 | XEROX-DEBIT | -2.05 | 8.80 | 8.80 | | | 2.17 | 6.63 | CL |
| 08/08/08 10:39 | POSTAGE-DEBIT | -2.33 | 6.47 | 6.47 | | | 2.17 | 4.30 | CL |
| 08/13/08 16:16 | Canteen #6074795 Hold | | | 6.47 | CANTEEN | 4.26 | 6.43 | 0.04 | |
| 08/15/08 07:41 | Canteen Order #6074795 | -4.26 | 2.21 | 2.21 | | | 2.17 | 0.04 | CL |
| 08/24/08 23:58 | Ending Balance | | 2.21 | 2.21 | | | 2.17 | 0.04 | |

**Total Deposits:** 162.83
**Total Withdrawals:** 160.13

### Account Information as of 08/24/2008 3:34PM

| Status: ACTIVE | Current Balance: | 2.21 | Total Money In Hold: | $0.00 |
|---|---|---|---|---|
| | Total Reserved/Encumbered: | $2.17 | Available Balance | $0.04 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC (Facility Code)** is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

*Printed by casemanager Mann 08/24/08*
*[signature] Mary Mann*

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**